IN THE SUPREME COURT OF THE STATE OF DELAWARE

DAKOTA NASH-ANDERSON,   §
           § No. 260, 2024
  Respondent Below,     §
  Appellant,        § Court Below—Family Court of
           § the State of Delaware
  v.           §
           § File No. CK19-01369
EMMETT ANDERSON,     § Petition No. 19-05851
           §
  Petitioner Below,     §
  Appellee.        §

Submitted: March 14, 2025
Decided:   May 19, 2025

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of the parties' briefs and the record below, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for reasons stated in the February 25, 2022 Decision and Order, the August 31, 2022 Decision and Order, and the June 5, 2024 Decision and Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is affirmed.

BY THE COURT:

*/s/Abigail M. LeGrow*
Justice